FILED

11/01/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0251

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0251

---

DAVID RAFES,

      Plaintiff and Appellant,

    v.                                  O R D E R

JOSH McMILLAN and RICK DAWSON,

      Defendants and Appellees.

---

This Court reviews briefs to ensure compliance with Rules 11 and 12 of the Montana Rules of Appellate Procedure. After reviewing the Appellee's opening brief filed electronically on November 1, 2021, this Court has determined that the brief does not comply with Rule 11(3)(b) and must be resubmitted. Appellee's response brief is not double spaced. Therefore,

IT IS ORDERED that the referenced brief is rejected.

IT IS FURTHER ORDERED that within ten (10) days of the date of this Order the Appellee shall electronically file with the Clerk of this Court a revised brief containing the revisions necessary to comply with the specified Rule and that the Appellee shall serve copies of the revised brief on all parties of record;

IT IS FURTHER ORDERED that no changes, additions, or deletions other than those specified in this Order may be made to the brief as originally filed; and

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of filing of the revised brief.

The Clerk is directed to provide a true copy of this Order to the Appellee and to all parties of record.

Electronically signed by:
Ingrid Gustafson
Justice, Montana Supreme Court
November 1 2021